UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

P. J. Stevens,

        Plaintiff,

vs.                                                ORDER

Department of Public Safety,

        Defendant.        Civil No. 08-1488 (JMR/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Plaintiff's Application to Proceed In Forma Pauperis [Docket No. 2] is denied as moot.

2. That this action is summarily dismissed pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii).

BY THE COURT:

s/James M. Rosenbaum
Judge James M. Rosenbaum
United States District Court

DATED: July 21, 2008
Minneapolis, Minnesota